# UNITED STATE DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN KEOHAN,<br><br>      Plaintiff,<br><br>v.<br><br>BOSTON GLOBE MEDIA PARTNERS, LLC SEVERANCE PAY PLAN, RICH FORD as PLAN ADMINISTRATOR, BOSTON GLOBE MEDIA PARTNERS, LLC, and JOHN W. HENRY,<br><br>      Defendants. | Civil Action No. 4:19-cv-10288-TSH |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sean Keohan and Defendants Boston Globe Media Partners, LLC, the Boston Globe Media Partners, LLC Severance Pay Plan, Rich Ford as Plan Administrator, and John W. Henry, by and through their respective undersigned counsel, hereby give notice that the Parties have stipulated and agreed to voluntarily dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees.

| | |
|---|---|
| Date:  May 17, 2019 | Date:  May 17, 2019 |
| **SHERIN & LODGEN LLP** | **PROSKAUER ROSE LLP** |
| /s/ David I. Brody_____ | /s/ Russell L. Hirschhorn_____ |
| Brian J. MacDonough (BBO# 667553)<br>David I. Brody (BBO#676984)<br>101 Federal Street<br>Boston, MA 02110<br>Tel: (617) 646-2286<br>bjmacdonough@sherin.com<br>*Counsel for Plaintiff* | Russell L. Hirschhorn (admitted *pro hac vice*)<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3286<br>rhirschhorn@proskauer.com<br>*Counsel for Defendants* |

00884018.2

So Ordered:


 /s/ Timothy S. Hillman     5/17/19
Honorable Timothy S. Hillman, U.S.D.J